IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEIJER, INC. AND MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-52 (GMS) |
| | ) | |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA LP, ASTRAZENECA AB, and AKTIEBOLAGET HASSLE, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| AMERICAN SALES COMPANY, on behalf of themselves and all others similarly situated, | ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-63 (GMS) |
| | ) | |
| ASTRAZENECA AB, AKTIEBOLAGET HASSLE, and ASTRAZENECA LP, | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| MARK S. MERADO, on behalf of himself and all other persons and entities similarly situated, | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-71 (GMS) |
| | ) | |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA LP, ASTRAZENECA AB, and AKTIEBOLAGET HASSLE, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

NEIL LEFTON, on behalf of himself and )
all others similarly situated, )
)
               Plaintiff, )
)
            v. )      C.A. No. 06-73 (GMS)
)
ASTRAZENECA PHARMACEUTICALS LP, )
ASTRAZENECA LP, ASTRAZENECA AB, )
and AKTIEBOLAGET HASSLE, )
)
           Defendants. )
_____ )
ROCHESTER DRUG CO-OPERATIVE, INC., )
on behalf of itself and all others similarly situated, )
)
               Plaintiff, )
)
            v. )      C.A. No. 06-79 (GMS)
)
ASTRAZENECA PHARMACEUTICALS LP, )
ASTRAZENECA LP, ASTRAZENECA AB, )
and AKTIEBOLAGET HASSLE, )
)
           Defendants. )
_____ )
MARY ANNE GROSS, on behalf of herself and )
all others similarly situated, )
)
               Plaintiff, )
)
            v. )      C.A. No. 06-81 (GMS)
)
ASTRAZENECA AB, AKTIEBOLAGET )
HASSLE, and ASTRAZENECA LP, )
)
           Defendants. )
_____ )

INTERNATIONAL ASSOCIATION OF FIRE    )
FIGHTERS LOCAL 22 HEALTH & WELFARE    )
FUND; AMERICAN FEDERATION OF STATE,    )
COUNTY AND MUNICIPAL EMPLOYEES    )
DISTRICT COUNCIL 47 HEALTH AND    )
WELFARE FUND; and UNITED FOOD AND    )
COMMERCIAL WORKERS UNION LOCAL    )
1776 AND PARTICIPATING EMPLOYERS    )
HEALTH AND WELFARE FUND, on behalf of    )
themselves and all others similarly situated,    )
                                         )
                Plaintiffs,    )
                                         )
            v.    )      C.A. No. 06-83 (GMS)
                                       )
ASTRAZENECA PHARMACEUTICALS LP,    )
ASTRAZENECA LP, ASTRAZENECA AB,    )
and AKTIEBOLAGET HASSLE,    )
                                       )
                Defendants.    )
_____)
A.F. OF L. AGC BUILDING TRADES    )
WELFARE PLAN and SHEET METAL    )
WORKERS LOCAL 441 HEALTH & WELFARE    )
PLAN on behalf of themselves and all others    )
similarly situated,    )
                                       )
                Plaintiffs,    )
                                       )
            v.    )      C.A. No. 06-86 (GMS)
                                       )
ASTRAZENECA PHARMACEUTICALS LP,    )
ASTRAZENECA LP, ASTRAZENECA AB,    )
and AKTIEBOLAGET HASSLE,    )
                                       )
                Defendants.    )
_____)

UNITED UNION OF ROOFERS,                          )
WATERPROOFERS AND ALLIED WORKERS,                 )
LOCAL NO. 74 HEALTH AND PENSION                   )
FUND and UNITED UNION OF ROOFERS,                 )
WATERPROOFERS AND ALLIED WORKERS,                 )
LOCAL 203 HEALTH AND PENSION FUND,                )
on behalf of themselves and all others similarly )
situated,                                         )
                                                  )
                Plaintiffs,                       )
                                                  )
        v.                                        )          C.A. No. 06-93 (GMS)
                                                  )
ASTRAZENECA AB, AKTIEBOLAGET                      )
HASSLE and ASTRAZENECA LP,                        )
                                                  )
                Defendants.                       )
                                                  )
PLUMBERS AND PIPEFITTERS LOCAL 572                )
PENSION FUND, on behalf of itself and all others )
similarly situated,                              )
                                                  )
                Plaintiff,                        )
                                                  )
        v.                                        )          C.A. No. 06-102 (GMS)
                                                  )
ASTRAZENECA PHARMACEUTICALS LP,                   )
ASTRAZENECA LP, ASTRAZENECA AB,                   )
and AKTIEBOLAGET HASSLE,                          )
                                                  )
                Defendants.                       )
                                                  )

| | | |
|---|---|---|
| NATIONAL JOINT POWERS ALLIANCE, on behalf of itself and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 06-116 (GMS) |
| ASTRAZENECA AB, a Swedish Corporation, AKTIEBOLAGET HASSLE, a Swedish Corporation, ASTRAZENECA LP, a Delaware Limited Partnership, and ASTRAZENECA PHARMACEUTICALS, LP, a Delaware Limited Partnership, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to D. Del. L. R. 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Arthur F. Golden, Esq., Ronan P. Harty, Esq. and Joshua D. Liston, Esq. of the law firm of Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York, 10017 to represent defendants in these actions.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Karen Jacobs Louden*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
Attorneys for defendants

March 2, 2006

SO ORDERED this _____ day of _____, 2006.

_____
J.

507222

5

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Arthur F. Golden
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Ronan P. Harty
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Joshua D. Liston
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 2, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to Jeffrey S. Goddess.

I further certify that on March 2, 2006 I caused that copies of the foregoing be served on the following counsel in the manner indicated:

### By Hand

Jeffrey S. Goddess
Jessica Zeldin
Rosenthal, Monhait, Gross
  & Goddess, P.A.
919 Market Street, Ste. 1401
P.O. Box 1070
Wilmington, DE  19899

Pamela S. Tikellis
Robert R. Davis
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE  19899

Karen L. Morris
Patrick  F. Morris
Morris and Morris LLC
4001 Kennett Pike, Ste. 300
Wilmington, DE  19807

Gary F. Traynor
J. Clayton Athey
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE  19899

Seth D. Rigrodsky
Ralph N. Sianni
Milberg Weiss Bershad & Schulman LLP
919 N. Market Street, Ste. 980
Wilmington, DE  19801

### By Mail

Linda P. Nussbaum
Steig D. Olson
Cohen, Milstein, Hausfeld
  & Toll, P.L.L.C.
150 East 52nd Street, 30th Floor
New York, NY  10022

Michael D. Hausfeld
Cohen, Milstein, Hausfeld
  & Toll, P.L.L.C.
1100 New York Ave., N.W.
Washington, DC 20005

Thomas M. Sobol
Edward Notargiacomo
Hagens Berman Sobol Shapiro, LLP
One Main Street, 4th Floor
Cambridge, MA  02142

Richard S. Schiffrin
Joseph H. Meltzer
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA  19807

Michael M. Buchman
Milberg Weiss Bershad & Schulman, LLP
One Pennsylvania Plaza
New York, NY  10119

Daniel Berger
Eric L. Cramer
Peter Kohn
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103

Jeffrey S. Istvan
Fine, Kaplan and Black, R.P.C.
1835 Market Street, 28th Floor
Philadelphia, PA  19103

*/s/ Karen Jacobs Louden*
Karen Jacobs Louden (#2881)
klouden@mnat.com