# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

March 6, 2006

**BY E-FILING**

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

Re: *National Joint Powers Alliance v. AstraZeneca Pharmaceuticals LP, et al.*, C.A. No. 06-116 (GMS)

Dear Judge Sleet:

      Defendants have now filed with the Court two proposed Case Management Orders ("CMO") related to the Toprol-XL class action antitrust litigation – one for the Direct-Payor actions (C.A. Nos. 06-52, 06-63, 06-79 (GMS)) and one for the End-Payor actions (C.A. Nos. 06-71, 06-73, 06-81, 06-83, 06-86, 06-93, 06-102 (GMS)). Since the filing of these proposed CMOs, the above-referenced related class action lawsuit was filed. Defendants are thus filing two additional stipulations in this action, the first to include this action in the End-Payor CMO and the second to extend defendants' time to answer, move or otherwise respond to the Complaint in that action. As before, assuming the Court enters the proposed CMOs, the defendants will not respond to the present Complaint, but instead will respond to a consolidated class action complaint to be filed in the End-Payor actions.

      We remain available at the Court's convenience should the Court have any questions or comments.

Respectfully,

*Jack Blumenfeld*

Jack B. Blumenfeld (#1014)

Hon. Gregory M. Sleet
March 6, 2006
Page 2

cc: Peter T. Dalleo, Clerk (by hand)
Jeffrey S. Goddess, Esq. (by hand)
Pamela S. Tikellis, Esq. (by hand)
Robert R. Davis, Esq. (by hand)
Gary F. Traynor, Esq. (by hand)
Seth D. Rigrodsky, Esq. (by hand)
Karen L. Morris, Esq. (by telecopy)
Ronan P. Harty, Esq. (by telecopy)
Linda P. Nussbaum, Esq. (by telecopy)
Michael D. Hausfeld, Esq. (by telecopy)
Daniel Berger, Esq. (by telecopy)
Thomas M. Sobol, Esq. (by telecopy)
Richard S. Schiffrin, Esq. (by telecopy)
Jeffry S. Istvan, Esq. (by telecopy)
Michael M. Buchman, Esq. (by telecopy)

509532