IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL JOINT POWERS ALLIANCE, ) <br> on behalf of itself and all others similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ASTRAZENECA AB, a Swedish Corporation, ) <br> AKTIEBOLAGET HASSLE, a Swedish ) <br> Corporation, ASTRAZENECA LP, a Delaware ) <br> Limited Partnership, and ASTRAZENECA ) <br> PHARMACEUTICALS, LP, a Delaware Limited ) <br> Partnership. ) <br> ) <br> Defendants. ) | C.A. No. 06-116 (GMS) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that this end-payor action shall be consolidated and coordinated with the related end-payor actions covered under the proposed Case Management Order filed on February 23, 2006, upon approval of the Case Management Order by the Court.

This Order is needed so that all of the end-payor actions filed in this Court will be subject to the same Case Management Order. The proposed Case Management Order contemplates that all related end-payor actions will be consolidated and that the plaintiffs will file a Consolidated Amended Complaint, which will be the sole operative complaint for all these actions. Co-Lead Counsel for the other end-payor actions have advised that they have no objection to the addition of this action to the Case Management Order.

2

| | |
|---|---|
| CHIMICLES & TIKELLIS LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Robert R. Davis* | */s/ Karen Jacobs Louden* |
| Pamela S. Tikellis (#2172) | Jack B. Blumenfeld (#1014) |
| Robert R. Davis (#4536) | Karen Jacobs Louden (#2881) |
| One Rodney Square | klouden@mnat.com |
| P.O. Box 1035 | Leslie A. Polizoti (#4299) |
| Wilmington, Delaware 19899 | lpolizoti@mnat.com |
| (302) 656-2500 | 1201 N. Market Street |
| Attorneys for plaintiffs | P.O. Box 1347 |
| | Wilmington, Delaware 19899 |
| March 6, 2006 | (302) 658-9200 |
| | Attorneys for defendants |
| | March 6, 2006 |

SO ORDERED this _____ day of _____, 2006.

_____
Judge Gregory M. Sleet

509751