IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL JOINT POWERS ALLIANCE, ) <br> on behalf of itself and all others similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ASTRAZENECA AB, a Swedish Corporation, ) <br> AKTIEBOLAGET HASSLE, a Swedish ) <br> Corporation, ASTRAZENECA LP, a Delaware ) <br> Limited Partnership, and ASTRAZENECA ) <br> PHARMACEUTICALS, LP, a Delaware Limited ) <br> Partnership. ) <br> ) <br> Defendants. ) | C.A. No. 06-116 (GMS) |

## **STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for each of the defendants AstraZeneca AB, Aktiebolaget Hassle, AstraZeneca LP, and AstraZeneca Pharmaceuticals, LP to answer, move, or otherwise respond to the Complaint in this action shall be extended through and including April 13, 2006.

This extension is required because the parties have today filed a separate stipulation that would add this action to the proposed Case Management Order filed on February 23, 2006, which covers related actions filed by end payors. The Case Management Order contemplates that these end-payor actions will be consolidated and that the plaintiffs will file a Consolidated Amended Complaint. If the separate stipulation and the Case Management Order are approved by the Court, the defendants would be not be required to answer, move or otherwise respond to the Complaint in this action, but instead would respond solely to the Consolidated Amended Complaint.

| CHIMICLES & TIKELLIS LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s  Robert R. Davis* | */s/  Karen Jacobs Louden* |
| Pamela S. Tikellis (#2172) | Jack B. Blumenfeld (#1014) |
| Robert R. Davis (#4536) | Karen Jacobs Louden (#2881) |
| One Rodney Square | klouden@mnat.com |
| P.O. Box 1035 | Leslie A. Polizoti (#4299) |
| Wilmington, Delaware 19899 | lpolizoti@mnat.com |
| (302) 656-2500 | 1201 N. Market Street |
| Attorneys for plaintiffs | P.O. Box 1347 |
| | Wilmington, Delaware 19899 |
| March 6, 2006 | (302) 658-9200 |
| | Attorneys for defendants |
| | March 6, 2006 |

SO ORDERED this _____ day of _____, 2006.

_____
Judge Gregory M. Sleet

509755