# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: METOPROLOL SUCCINATE ) <br> END-PAYOR ANTITRUST LITIGATION ) <br> ) Case No. 06-71 (GMS) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ALL ACTIONS | |

## NOTICE OF WITHDRAW

TO:   Clerk of the Court
District Court of Delaware
800 N. King Street
Wilmington, DE 19801

**PLEASE WITHDRAW** the appearance of Robert Davis, Esquire, as Co-Liaison Counsel in *In Re: Metoprolol Succinate End-Payor Antitrust Litigation* and as attorney for Mark S. Merado, Neil Lefton, Plumbers and Pipefitters Local 572 Pension Fund, and National Joint Powers Alliance.

CHIMICLES & TIKELLIS LLP


_____
Robert Davis (I.D. No. 4536)
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500

DATED: April 27, 2006

## CERTIFICATE OF SERVICE

I, A. Zachary Naylor, hereby certify that a true and correct copies of Notice of Appearance and Notice of Withdraw was served on defendants' counsel in the manner indicated below on April 27 2006.

**BY E-FILING**
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
Chase Manhattan Centre, 18th Floor
Wilmington, DE 19899

A. Zachary Naylor (No. 4439)